## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ILIRJAN FERKO, ELISABETA FERKO | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | NO.  25-1028 |
| | : | |
| JOHN M. ALLEN, KIKA SCOTT, KRISTI NOEM | : | |
| | : | |

## ORDER

**AND NOW**, this 30th day of March 2026, upon considering defendants' motion to dismiss and motion for summary judgment (DI 20), plaintiffs' opposition (DI 25), plaintiffs' motion for summary judgment (DI 21), and defendants' opposition (DI 24), and for reasons in the accompanying memorandum, it is **ORDERED**:

1.      Defendants' motion to dismiss and motion for summary judgment (DI 20) is **DENIED**.

2.      Plaintiffs' motion for summary judgment (DI 21) is **GRANTED in part**. Pursuant to our authority under the Declaratory Judgment Act, we declare that Mr. Ferko is not inadmissible under 8 U.S.C. § 1182(a)(2)(A)(i)(I), nor ineligible for an inadmissibility waiver under 8 U.S.C. § 1182(h), by virtue of his attempted murder conviction under the Albanian Code effective in 1985 because this offense is not a categorical match for attempted murder under U.S. law.  Accordingly, USCIS's decision respecting Mr. Ferko's waiver application is vacated, and we remand this matter to USCIS for renewed consideration of Mr. Ferko's waiver application.

3.      Plaintiff's motion for summary judgment (DI 21) is **DENIED in part**. Specifically, we deny summary judgment on the issues of whether Mr. Ferko is inadmissible under 8 U.S.C. § 1182(a)(2)(B), or whether his "Declaration of Guilt" constitutes a conviction

under sections 212(a)(2)(B) or 101(a)(48)(A) of the INA, because we lack jurisdiction to address these questions.  We also deny plaintiffs' motion for summary judgment on the grounds that USCIS violated the APA by contradicting its policy manual because USCIS effectively followed its procedures when it reconsidered Mr. Ferko's waiver application.

_____
**MURPHY, J.**